**John Zilei ZHONG, Plaintiff-Appellant,**

v.

**UNITED STATES of America; et al., Defendants-Appellees.**

**No. 17-55549**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed February 5, 2018

John Zilei Zhong, Pro Se

William Carl Hankla, Trial Attorney, DOJ—U.S. Department of Justice, Teresa Ellen McLaughlin, Attorney, Patrick J. Urda, Esquire, General Attorney, Tax Division/Appellate Section, Washington, DC, James Costello Hughes, Assistant U.S. Attorney, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Defendant-Appellee United States of America

Teresa Ellen McLaughlin, Attorney, Patrick J. Urda, Esquire, General Attorney, Tax Division/Appellate Section, Washington, DC, for Defendants-Appellees Department of Treasury, United States Internal Revenue Service

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

**MEMORANDUM ****

John Zilei Zhong appeals pro se from the district court judgment dismissing for lack of subject matter jurisdiction Zhong's action brought under the Administrative Procedure Act ("APA") challenging his suspension from practice before the Internal Revenue Service ("IRS"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Gallo Cattle Co. v. U.S. Dep't of Agric.,* 159 F.3d 1194, 1196 (9th Cir. 1998), and we affirm.

The district court properly dismissed Zhong's action for lack of subject matter jurisdiction because the IRS's expedited suspension of Zhong's right to practice is not a final agency decision. *See id.* at 1198-99, 1200 (holding that there is no subject matter jurisdiction under the APA in the absence of "final agency action" and explaining when an agency action is "final"); *see also* 31 C.F.R. §§ 10.60, 10.82(g); *Navajo Nation v. Dep't of the Interior,* 876 F.3d 1144, 1171-72 (9th Cir. 2017) (concluding that "[section] 704's 'final agency ac-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

tion' limitation applies only to APA claims").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.